```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA

        -against-                                25-CR-138 (LAK)

RANDY MILLER (01) and CHAD MILLER (02),

        Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        On April 22, 2025 this Court so ordered bail disposition sheets submitted by the U.S. Attorney's Office regarding defendants Randy Miller and Chad Miller reflecting bail as it had been set in the District of Arizona and adopted by this Court at the initial conference held on April 9, 2025. So that the court docket reflects the correct date the bail conditions were continued as set by the District of Arizona, the Court's date of signature on the disposition sheets is hereby modified to be *April 22, 2025 nunc pro tunc to April 9, 2025.*

        The Clerks Office is directed to change the event date on ECF regarding the disposition sheets to April 9, 2025 and the docket entries should reflect the signature date as stated above. The bonds prepared by the Clerks office shall likewise reflect April 9, 2025 as that as the operative date regarding the setting of the bail conditions.

    SO ORDERED.

    Dated:     April 23, 2025

                                                    Lewis A. Kaplan
                                               United States District Judge