





**INVESTOR WEBINAR CALL: Legacy Cares, Inc.**

# Legacy Sports Park Project

**July 8, 2020**
4:00 PM EST (1PM PST)



Contained herein is certain financial information, including audited and unaudited information, certain statistical information and explanations of such information in narrative form (the "Information"). Management believes this information to be correct as of the date or dates contained herein. However, the financial affairs change constantly, and such changes may be material. Today's discussion may contain forward-looking statements, which may or may not come to fruition depending on certain circumstances, including those outside the control of management. Please be advised that management has not undertaken, assumed no duty and are not obligated to update the Information. In addition, please be advised that past financial results do not predict future financial performance.

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# NOTICE

- This electronic Investor Presentation you are about to view is provided as of 7/8/2020 for a proposed offering for Legacy Cares Inc. for its offering of taxable and tax-exempt Economic Development Bonds issued through the Arizona Industrial Development Authority. If you are viewing this presentation after 7/8/2020, there may have been events that occurred subsequent to such date that would have a material adverse effect on the financial information that is presented herein, and neither the Obligor nor Ziegler as the Underwriter, have undertaken any obligation to update this Investor Presentation. All market prices, financial data and other information provided herein are not warranted as to completeness or accuracy and are subject to change without notice.

- Any investment decisions regarding the Series 2020 Bonds should only be made after a careful review of the complete Preliminary Limited Offering Memorandum, dated 6/30/2020   (the "PLOM"). This Investor Presentation is provided for the information and convenience only of the recipient (the "Recipient"). By accessing this Investor Presentation, you, as the Recipient, agree not to forward or provide the information contained herein, in any form whatsoever, to any other person without the consent of B.C. Ziegler and Company.

- The Investor Presentation is not part of the PLOM or the final Limited Offering Memorandum as those terms are defined in SEC rule 15c2-12, and are qualified in all respects by reference to the PLOM. Prospective purchasers of the Series 2020 Bonds should rely only on the PLOM, and not the Investor Presentation, in making an investment decision. The information and statements contained in this Investor Presentation do not constitute an offer to sell or a solicitation of any offer to buy any securities of the Obligor to any person in any jurisdiction, nor shall there be any sale of securities in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of such jurisdiction. To the extent there are conflicts between statements made in the PLOM or the Limited Offering Memorandum ("LOM")and this Investor Presentation, the information contained in the PLOM and LOM should be relied upon.

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

2

# NOTICE

- This Investor Presentation may contain statements that, to the extent they are not recitations of historical fact, may constitute "forward-looking statements." In this respect, the words "estimate", "project", "anticipate," "expect, intend," "believe" and similar expressions are intended to identify forward-looking statements. Any forward-looking statements made herein are subject to a variety of risks and uncertainties that could cause actual results to differ materially from those that have been projected. Such risks and uncertainties which could affect the revenues and obligations of the Obligor include, among others, changes in economic conditions, mandates from other governments, reduced governmental allocations, and various other events, conditions and circumstances, many of which are beyond the control of the Obligor.  Such forward-looking statements speak only as of the date of the PLOM. The Obligor disclaims any obligation or undertaking to release publicly any updates or revisions to any forward-looking statement contained herein to reflect any changes in the Obligor's expectations with  regard thereto or any change in events,  conditions or circumstances on which  any  such statement is  based. Given these uncertainties, readers are cautioned not to rely on forward-looking statements.

- The Investor Presentation does not constitute a recommendation or an offer or solicitation for the purchase or sale of any security or other financial instrument, including the Series 2020 Bonds, or to adopt any investment strategy. Any offer or solicitation with respect to the Series 2020 Bonds will be made solely by means of the PLOM and LOM, which describe the actual terms of such Series 2020 Bonds. In no event shall the Ziegler or the Obligor be liable for any use by any party of, for any decision made or action taken by any party in reliance upon, or for any inaccuracies or errors in, or omissions from, the information contained herein and such information may not be relied upon by you in evaluating merits of participating in any transaction mentioned herein. Ziegler makes no representations as to the legal, tax, credit or accounting treatment of any transactions mentioned herein, or any other effects such transactions may have on you and your affiliates or any other parties to such transactions and their respective affiliates.

- THE PURCHASE OF THE SERIES 2020 BONDS IS AN INVESTMENT SUBJECT TO A DEGREE OF RISK, INCLUDING THE RISK OF NONPAYMENT OF PRINCIPAL AND INTEREST. SEE "BONDHOLDERS RISKS" IN THE PLOM OR OFFERING MEMORANDUM FOR A DISCUSSION OF SUCH FACTORS THAT SHOULD BE CONSIDERED, IN ADDITION TO THE OTHER MATTERS SET FORTH THEREIN, IN EVALUATING THE INVESTMENT QUALITY OF THE SERIES 2020 BONDS.

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# INTRODUCTIONS

| | |
|---|---|
| LEGACY CARES INC. | **Doug Moss,** Executive Director<br>**Dan O'Brien,** Director |
| LEGACY SPORTS USA AND OVG | **Chad Miller**, CEO - Legacy Sports<br>**Jeff de Laveaga**, COO - Legacy Sports<br>**Peter Luukko**, OVG Facilities Chairman<br>**Doug Higgons,** Senior Vice President OVG |
| ZIEGLER | **Kevin Strom, EMD & Head,** Ziegler Capital Markets<br>**Adam Buchanan, Director** & Underwriter, Ziegler Capital Markets<br>**Danny Lojek,** Assistant Vice President, Underwriting<br>**Miyun Cho Fellerhoff**, Managing Director, Ziegler Investment Banking<br>**Tyler Simons,** Senior Vice President, Ziegler Investment Banking |

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# TABLE OF CONTENTS

1. Overview
   a) Project Summary
   b) Project Partners – Manager and Operator
   c) Oak View Group
   d) Participation from the City of Mesa, AZ
   e) Revenue Sources
   f) Use Agreements
2. Youth Sports Market
3. Evidence of Demand
4. Competing Facilities
5. Construction and Commissioning Schedule
6. Revenue Waterfall
7. Sources and Uses of Funds
8. Five Year Financial Summary and Stress Cases
9. Key Project Attributes
10. Risk Factors
11. Ground Lease
12. Questions and Answers

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# PROJECT SUMMARY

- Legacy Cares Inc. ("Legacy" or the "Borrower") is a 501(c)(3) entity created to promote the development of youth sports and competition.  The proceeds of the offering will be used to develop and build the Legacy Sports Park in Mesa, AZ (the "Project").

- Situated on an expansive 320-acre site in the Southeast Valley, that will provide playing fields and indoor team sports facilities designed to the latest athletic technology standards. Legacy offers an opportunity for athletes of all ages and levels of proficiency to develop their skills in soccer, softball, baseball, basketball, cheer, dance, gymnastics, sand volleyball, indoor volleyball, pickleball, E-sports and others. The facility is designed to encompass a lifetime from our youth sports facilities to senior sports programming.

- A key component of the Park is the health, wellness and fitness center. Partnering with Banner Health,  fitness and nutrition professionals, will provide support and training to improve physical and mental strength and advance personal growth and awareness.

- Outdoor Facilities include soccer, softball and baseball fields plus sand volleyball and pickleball facilities. A soccer stadium and amphitheater complex are also included to support multi-use large entertainment and other special events functions.

- Indoor Facilities include a 600,000 square foot multi-building complex that houses two gymnasiums designed for large basketball and volleyball tournaments, a 4,000-seat indoor arena, a separate facility for indoor team sports including cheer, dance, gymnastics and FUTSAL, and many other indoor support components for food service, security and safety.

## PROJECT PARTNERS – MANAGING AND OPERATING PARTNERS

- **Manager:** Legacy Sports USA, LLC ("Legacy Sports") is an Arizona LLC that will manage the facilities and tournament programming. www.LegacySportsUSA.com

- **Operator:** Oak View Group ("OVG") will operate the facilities, the box office, and manage all ancillary programming including concerts, festivals and sponsorships.  OVG Is a global advisory, development and investment company for the sports and entertainment industry.  www.OakViewGroup.com

- **GMP Contractor:** Waltz Construction has provided a fully bonded GMP Contract for construction of the Project. www.WaltzConstruction.com

- **Municipal Participation:** The City of Mesa has committed in excess of $38 million to provide off-site infrastructure to facilitate access to the site.  They have also provided the maximum level of additional financial support allowed statutorily.  Maricopa County Travel and Tourism will also provide annual grant funding for the Project once operational.

- **Participating Partners:** The Manager has secured binding LOI's from participating partners to use the facilities. These partners include Banner Health, USA Pickleball, USA Softball, USA Gymnastics, USA Soccer, USA Volleyball, Arizona Interscholastic Athletic Association, Benedictine University, Manchester United, and Arizona Youth Soccer Association.

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

7

# OAK VIEW GROUP (OVG)

- **The largest sports and entertainment venue developer in the world.**

  - Operating and booking 30 venue locations

  - Hosting over 65 million attendees in more than 3,500 live events

- **OVG has strategic partnerships in sports and entertainment, including content creators and leaders in technology investments.**







*Source: OVG*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# REVENUE SOURCES

- **Over 50 Different Internal Profit-Center Venues**

- **Projected Revenue Based On Binding LOIs**
  - Commitments from the Arizona Interscholastic Association and the Canyon Athletic Association
  - Dan O'Brien Sports - General Fitness, Health & Wellness
  - Manchester United
  - Banner Health
  - AYSA Sanctioned Club Tournaments
  - ESports Program
  - Arizona Regional USA Volleyball
  - USA Softball

- **Other Revenue**
  - Branding, Sponsorships, & Naming Rights
  - Concessions, Restaurant / Bar, & Retail
  - Special Events
  - Park Admission

| Revenue Sources | Year 1 |
|---|---|
| Multiple Sports | $ 6,564,900 |
| Baseball/Softball | $ 1,833,700 |
| Soccer - Football (Outdoor) | $ 9,345,150 |
| FUTSAL (Indoor) | $ 1,304,640 |
| Volleyball (Indoor & Outdoor) | $ 5,685,040 |
| Basketball | $ 1,342,720 |
| E Sports | $ 7,779,845 |
| Cheer/Dance/Gymnastics | $ 284,940 |
| Pickleball / Lacrosse / Cricket / Rugby / Others | $ 2,149,456 |
| Camps / Youth Programming | $ 1,803,200 |
| Perf. Training, Fitness, Medical, Health & Wellness | $ 3,845,000 |
| Special Events | $ 3,490,445 |
| Branding, Sponsorships & Naming Rights | $ 5,110,000 |
| Concessions, Rest./Bar, Food Court, & Retail | $ 22,072,601 |
| Park Admission/Entrance Fees | $ 14,178,024 |
| Park Vehicle Parking Fees | $ 9,461,230 |
| **Total Revenue** | **$ 96,250,891** |

*Source: Legacy Sports Management*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# REVENUE SOURCES –
# PARTNERS PROVIDING COMMITMENTS























This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# REVENUE SOURCES –
# PARTNERS PROVIDING COMMITMENTS (CONT.)




















This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# USE AGREEMENTS

Legacy Cares, Inc.
Revenue Amount per Agreement Type



- Legacy Cares has received pre-contract agreements from **25** organizations
  - Will sign contracts within 90-days of ground breaking

- The remaining **26** organizations have signed letters of intent and due to current facility agreements cannot sign pre-contracts prior to ground breaking
  - These organizations have confirmed their commitment to Legacy Cares
- Legacy Cares has received an additional **76** indications of interest should an opening arise
- This represents only **direct revenue** and does not include concessions, restaurant/bar, merchandise, entrance fees or parking fees associated with each organization.

|  | Organizations | Annual Revenue | % Revenue |
|---|---|---|---|
| Pre-Contracts Executed | 25 | $23,040,410 | 55% |
| Letters of Intent | 26 | $18,898,181 | 45% |
| Indications of Interest | 76 | N/A | N/A |
| **Total** | **127** | **$41,938,591** | **100%** |

*Source: Legacy Sports Management*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# USE AGREEMENTS – PRE-CONTRACTS

| Pre-Contracts Executed | Sport | Associated Revenue |
|---|---|---|
| i9 Sports | Multiple | $2,729,000 |
| Special Olympics Arizona | Multiple | $417,600 |
| PlayStation Fiesta Bowl | Multiple | $513,300 |
| USA Softball | Softball | $1,210,000 |
| Phoenix Rising Youth Soccer | Soccer | $894,750 |
| Arizona Youth Soccer Association | Soccer | $5,762,700 |
| Real Salt Lake - Arizona | Soccer | $1,286,850 |
| SC del Sol | Soccer | $883,350 |
| US Futsal | Futsal | $273,600 |
| Arizona Regional USA Volleyball | Volleyball | $2,185,500 |
| Volleyball Festival | Volleyball | $498,600 |
| RPM Sand Volleyball | Volleyball | $561,600 |
| Junior Volleyball Association (JVA) | Volleyball | $1,737,900 |
| Rush Volleyball Club | Volleyball | $332,800 |
| Just 4 Hoopin (Tournaments) | Basketball | $230,400 |
| Power House Hoops | Basketball | $486,400 |
| Arizona Elite | Basketball | $499,200 |
| Breakthrough Basketball | Basketball | $43,200 |
| Position Sports | Basketball | $83,520 |
| School of Drones | e-Sports | $180,000 |
| Spring it on Cheer / Dance | Cheer/Dance | $75,000 |
| USA Gymnastics | Gymnastics | $150,000 |
| Arizona Dynamics | Gymnastics | $59,940 |
| USA Pickleball Association | Pickleball | $760,200 |
| Triple Threat Performance Training | Sports Training | $1,185,000 |
| **TOTAL** | | **$23,040,410** |

| | |
|---|---|
| Total Direct Pre-Contract Revenue | $23,040,410 |
| Total Indirect Pre-Contract Revenue* | $29,897,580 |
| **Total Pre-Contract Revenue** | **$52,937,990** |
| | |
| **Total Operating Expenses** | **$30,504,398** |
| **Net Operating Income** | **$22,433,592** |
| | |
| **Annual Debt Service** | **$19,619,754** |
| **Debt Service Coverage Ratio** | **1.14x** |

*Capture rate provided by OVG and Feasibility Consultant.*

*Source: Legacy Sports Management*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# USE AGREEMENTS – LETTERS OF INTENT

| Letters of Intent | Sport | Associated Revenue |
|---|---|---|
| Benedictine University Mesa | Multiple | $1,029,000 |
| Arizona Sports and Entertainment Commission | Multiple | $174,000 |
| Christ's Church of the Valley Youth Sports | Multiple | $702,000 |
| Arizona Sports & Tourism Authority | Multiple | $125,000 |
| Arizona Interscholastic Association | Multiple | $630,000 |
| Canyon Athletic Association | Multiple | $245,000 |
| Top Choice Baseball | Baseball | $297,000 |
| Tournament Sports | Baseball | $326,700 |
| Manchester United | Soccer | $225,000 |
| Sindicado dos Athletas de Futebol - Rio De Janeiro | Soccer | $87,000 |
| NCE Soccer | Soccer | $24,000 |
| Barnsley Women's Football Club | Soccer | $7,500 |
| South Yorkshire Schools Football | Soccer | $87,000 |
| Long Island Junior Soccer Leagues, Inc. | Soccer | $87,000 |
| Players Futsal Academy | Futsal | $1,031,040 |
| East Valley Juniors Volleyball | Volleyball | $368,640 |
| Legacy ESports Program | e-Sports | $7,599,845 |
| Arizona Girls Lacrosse | Lacrosse | $225,600 |
| Last Man Stands Cricket | Cricket | $115,200 |
| JARA Rugby | Rugby | $44,000 |
| Adventure Solutions / Obstacle Course Racing (OCR) | Racing | $644,456 |
| Race Place | Racing | $360,000 |
| Hi-Five Camps | Camps | $1,232,000 |
| BEST Edge Sports Training | Sports Training | $571,200 |
| Active Health Chiropractic & Physical Therapy | Sports Training | $950,000 |
| Dan O'Brien Sports | Sports Training | $1,710,000 |
| | | $18,898,181 |

*Source: Legacy Sports Management*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# USE AGREEMENTS – INDICATIONS OF INTEREST

| Indications of Interest | | |
|---|---|---|
| AZ All World Softball | Phoenix Suns G-League | The All-American Marching Band |
| Arizona Recreational Sports | Spartan Race | American Grappling Association |
| Invictus Games | Adidas Basketball Gauntlet | Arizona Arsenal Soccer Club |
| BIG SKY Conference Tournament | The Color Run | Arizona Disabled Sports |
| Varsity Cheer Adidas Basketball Gauntlet | Korean National Baseball Team | Arizona Flames Gymnastics |
| NFL Play 60 Flag Football | Republic Services Truck Rodeo | Arizona Supreme Basketball Club |
| Tough Mudder | International Sportsmen's Expo | ASU Gymnastics |
| Beachfest / Sand Volleyball | Good Guys Car Show | Cal Coast Sports Ventures / Lacrosse |
| RV Super Show | AAU Desert Jam Basketball Tournament | Coerver Sports / Rec Soccer Clubs |
| Game of Throws – Cornhole Championships | Arizona Bike Week | CCSC / College Coaches Sports Camps |
| Maricopa County Home and Garden Show | Arizona Grinders Baseball Club | Drew Bree's Flag Football League |
| Phoenix Intl Open - IBJJF Jiu-Jitsu Tournament | Predator USA Baseball Club | Fight To Win Promotions / MMA |
| USA Sevens Rugby | Dim Mak Records | NAGA / North American Grappling Association |
| Cal Ripken Baseball | Nike EYBL | Park University |
| T-Rex Baseball Club | Scuderia Southwest | USA Karate |
| Triple Crown Sports | US Army All-American Bowl | Grind Session Basketball |
| R-Entertainment Group | National Youth Championship | Under Armour Rise Circuit |
| Manheim Auto Show | 7v7 National Championship | Nike Tournament of Champions |
| National Signing Day | The Hall of Fame National Showcase | CALPAC Conference Tournament |
| Flag Fest | Gurlz Got Game | Jam On It /Basketball Tournament Org |
| The Hall of Fame Football Academy | Elev8 QB Academy | Gilbert Youth Soccer Association |
| The Capital Classic | CrossFit Games | Fiesta Volleyball Tournaments |
| Women's Basketball Hall of Fame Championship | All-American Softball Game | NETS Tournaments / Basketball |
| All-American Baseball Game by PlayStation | Front Office Academy | Prep Hoops Circuit |
| Super Series Baseball | Team Captain Camp | |
| Faster2First | Young Guns Basketball & Softball | |
| **76 Organizations** | | |

*Source: Legacy Sports Management*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# PARTICIPATION FROM THE CITY OF MESA, AZ



| No. | Projects Completed | Amount |
|-----|---------------------|--------|
| 1 | SR24 Freeway Phase 1 - Loop 202 to Ellsworth Rd. | $71.4 Million |
| 2 | Ellsworth Rd. - Ray Rd. to Pecos Rd. - Phase 1 | $10.3 Million |
| 3 | Ray Rd. - Power Rd. to Ellsworth Rd. | $12.0 Million |
| 4 | Signal Butte Rd. - Elliott Rd. to Ray Rd. | $16.0 Million |
| | **Total** | **$109.7 Million** |

| No. | Projects In Planning | Amount |
|-----|----------------------|--------|
| 5 | Williams Field Road | $9.8 Million |
| 6 | Ellsworth Rd. - Ray Rd. to Pecos Rd. - Phase 2 | $5.8 Million |
| 7 | Ray Rd. - Bypass at Ellsworth Rd. | $8.0 Million |
| 8 | Signal Butte Rd. - Ray Rd. to Germann Rd. | $16.5 Million |
| 9 | SR24 Freeway Phase 2 - Ellsworth Rd. to Ironwood Rd. | $260.0 Million |
| | **Total** | **$300.1 Million** |

**City of Mesa Offsite Infrastructure Improvements**

Completed City of Mesa Infrastructure Projects    Future Planned City of Mesa Infrastructure Projects

*Source: Legacy Sports Management and the City of Mesa, AZ*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# YOUTH SPORTS MARKET

## DOMESTIC COMPETITIVE YOUTH SPORTS

Domestically, with the rise of competitive youth sports, families across America are increasingly combining their vacations with their children's sports events, resulting in "tournications." *Source: U.S. Travel Association*

- The U.S. youth-sports economy – including travel, equipment, team membership, facility rentals, etc.  - was a $17 billion market in 2018 and has increased  by 55% since 2010. *Source: WinterGreen Research*
- In 2018, 2% of domestic leisure trips included participation or attendance in a youth sports event. *Source: Longwoods International*



*Source: Sports Facilities Industry Association.*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# YOUTH SPORTS MARKET

- A $19.2 billion market in the US, means the youth sports market rivals the size of the $15 billion NFL.

- Youth sports markets are comprised of segments that represent revenue generation from travel, equipment, team membership, venue rental, and software. Youth sports teams will continue to get more organized and depend on software to provide increased management efficiency.

- Leagues who purchase and distribute sports software to teams or clubs have created a large market from what were previously disparate parts of what was not ever not even a market, just people buying clothes and equipment, and loosely organized groups of youth playing games on community fields.

- Worldwide $24.9 billion youth sports markets are poised to achieve significant growth as travel teams become more popular and families learn to enjoy time together during a weekend sporting event. Markets are expected to reach $77.6 billion by 2026. Market growth comes from increased benefits of organization in youth sports leagues.

***Source:***
The **"Youth Sports: Market Shares, Strategies and Forecasts, Worldwide, 2019-2026"** report from Wintergreen Research, Inc.; Nov. 2019

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# EVIDENCE OF DEMAND

| SPORT | SUPPLY (LEGACY SPORTS PARK AND EXISTING MARKET) | | | | | MARKET DEMAND | FULLFILLMENT OF DEMAND | | |
|---|---|---|---|---|---|---|---|---|---|
| | LEGACY SPORTS PARK | | EXISTING MARKET | | TOTAL SUPPLY | | | | |
| | No. of Participants Per Event (or Weekly) | No. of Fields/ Courts/ Stations Available for Tournament Play | No. of Tournament Participants in the Existing Market | No. of Fields/ Courts/ Stations Available in the Existing Market for Tournament Play | Total No. of Fields/ Courts/ Stations Available in the Market for Tournament Play | Total No. of Fields/ Courts/ Stations Needed to Meet the Estimated Market Demand | % Market Facilities Fulfilled by Legacy Park | % Market Facilities Fulfilled by Total Supply (Legacy Sports Park and Existing Market) | % of Legacy Cares Capacity is under a Pre-Contract Agreement |
| BASEBALL (ADULT & YOUTH) | 1,176 | 10 | 42,443 | 30 | 40 | 213 | 5% | 19% | 0% |
| SOFTBALL | 2,475 | 10 | 28,938 | 28 | 38 | 145 | 7% | 26% | 100% |
| BASKETBALL | 10,720 | 17 | 81,027 | 23 | 40 | 345 | 5% | 12% | 100% |
| SOCCER | 26,350 | 49 | 43,407 | 58 | 107 | 203 | 24% | 53% | 94% |
| VOLLEYBALL (INDOOR) | 30,575 | 60 | 36,655 | 34 | 94 | 143 | 42% | 66% | 93% |
| VOLLEYBALL (SAND) | 438 | 13 | 10,542 | 32 | 45 | 247 | 5% | 18% | 100% |
| PICKLEBALL | 1,460 | 41 | 14,586 | 44 | 85 | 342 | 12% | 25% | 35% |
| FUTSAL | 4,700 | 6 | 23,117 | 12 | 18 | 203 | 3% | 9% | 21% |
| ESPORTS | 2,500 | 2,500 | 150,280 | 1,080 | 3,580 | 4,227 | 59% | 85% | 2% |
| GYMNASTICS, CHEER & DANCE | 8,300 | 1 | 21,260 | 10 | 11 | 31 | 3% | 35% | 100% |

*Source: Legacy Sports Management and the 2019 Arizona Department of Health Services population denominators and the 2019 population projections obtained from the Office of Employment and Population Statistics within the Arizona Department of Administration.*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# COMPETING FACILITIES

## Reach 11 Sports Complex

**Location:** Phoenix, Arizona
300-acre municipal city-owned soccer complex.

**Venues:** Soccer, Youth Baseball (Arizona Diamondbacks-operated)
18 Regulation Size Soccer Fields

**Description:** The soccer complex has hosted international, national, and regional tournaments in soccer, field hockey, and rugby.  The Arizona Diamondbacks have youth baseball fields at this facility, including two fully accessible youth baseball fields and two traditional youth baseball fields.

**Season:** Year-Round Operations
*Source: City of Phoenix, AZ*

## Utah Youth Soccer Complex

**Location:** West Jordan, Utah
117-acre municipal city-owned soccer complex.

**Venues:** Soccer
20 Regulation Size Soccer Fields

**Description:** The soccer complex is home to soccer clubs and one of the top-rated sports facilities in the country. The city has hosted many US Youth Soccer tournaments including the Presidents Cup.

**Season:** 8-Months; Spring, Summer, and Fall Operations

*Source: City of Jordon, UT*

## San Bernardino Soccer Complex

**Location:** San Bernardino, California
60-acre municipal city-owned soccer complex.

**Venues:** Soccer
17 Regulation Size Soccer Fields

Description: City officials estimate that each year about 450,000 people use the soccer fields, including tournaments. The Soccer Complex serves six soccer clubs and hosts 38 tournaments each year.

**Season:** Year-Round Operations

*Source: City of San Bernardino, CA*

**Legacy Sports Park** has over 50 different internal profit-center venues within the park, providing a hub for a variety of sports and recreation activities paired with amenities and professional programming for leagues, tournaments, camps, and instruction. The Legacy Sports Park is comprised of 320 acres that will provide over 100 premiere playing fields, indoor team sports facilities, eSports venues, concerts, family dining, retail outlets, and many other family entertainment venues.

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# CONSTRUCTION AND COMMISSIONING SCHEDULE

- The Project will be designed and constructed using the design-build project delivery method.

- Assuming closing on the Series 2020 Bonds by late-July 2020, construction is expected to begin in September 2020.

- Design Development is underway, and Construction Documents are expected to be completed by December 2020.

- Coordination with the City of Mesa and public utility companies is ongoing. The final building permit is anticipated to be issued in January 2021.

- The Athletic Fields and the Soccer Stadium is expected to be complete in November 2021, followed by completion of the Main Building in December 2021.

- Commissioning will take place in the final 3 months of the construction schedule.

- The Grand Opening of the Legacy Sports Park is scheduled for January 2022.

*Source: Legacy Sports Management*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# CONSTRUCTION AND COMMISSIONING SCHEDULE



*Source: Waltz Construction*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# REVENUE WATERFALL



*Source: PLOM*
This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# SOURCES AND USES OF FUNDS

In addition to the Series 2020 Bonds, the sources of funding for the Project include:

- $38.5 million in committed capital and $1.5 million as a participation incentive from the City of Mesa;
- $5 million from the Arizona Department of Tourism;
- $946,583 from investment earnings; and
- $8 million in equity.*

The Series 2020 Bond Proceeds will fund Project costs, a debt service reserve fund and a capitalized interest fund

*Source: Legacy Sports Management*
*\*Post closing*

| SOURCES AND USE OF FUNDS | | | | |
|---|---|---|---|---|
| Sources of Funds | Tax-Exempt Series 2020A | Taxable Series 2020B | Tax-Exempt Series 2020C | Total |
| Bond Proceeds: | | | | |
| Par Amount | $ 183,500,000.00 | $ 7,210,000.00 | $ 100,000,000.00 | $ 290,710,000.00 |
| **Other Sources of Funds** | | | | |
| City of Mesa (Committed Capital) | $ 38,500,000.00 | $ - | $ - | $ 38,500,000.00 |
| City of Mesa (Participation Incentive) | $ 1,500,000.00 | $ - | $ - | $ 1,500,000.00 |
| AZ Dept. of Tourism | $ 5,000,000.00 | $ - | $ - | $ 5,000,000.00 |
| Investment Earnings (PTA Project Fund) | $ 946,583.56 | $ - | $ - | $ 946,583.56 |
| Equity (*Preliminary) | $ 8,000,000.00 | $ - | $ - | $ 8,000,000.00 |
| **Total Sources of Funds** | $ 237,446,583.56 | $ 7,210,000.00 | $ 100,000,000.00 | $ 344,656,583.56 |
| **Uses** | | | | |
| Project Fund Deposits: | | | | |
| Construction Fund (GMP) | $ 110,493,000.00 | $ - | $ 72,507,000.00 | $ 183,000,000.00 |
| FF&E | $ 10,000,000.00 | $ - | $ - | $ 10,000,000.00 |
| Owner's Responsibility | $ 3,000,000.00 | $ - | $ - | $ 3,000,000.00 |
| Water Credits | $ 2,000,000.00 | $ - | $ - | $ 2,000,000.00 |
| Pre-Development Costs | $ 4,500,000.00 | $ - | $ - | $ 4,500,000.00 |
| Pre-Opening Working Capital | $ 12,000,000.00 | $ - | $ - | $ 12,000,000.00 |
| Subtotal | $ 141,993,000.00 | $ - | $ 72,507,000.00 | $ 214,500,000.00 |
| Other Fund Deposits | | | | |
| Debt Service Reserve Fund | $ 15,385,989.88 | $ 604,539.44 | $ 8,384,735.63 | $ 24,375,264.95 |
| Capitalized Interest Fund (24-Months) | $ 23,269,297.24 | $ 914,286.83 | $ 12,680,815.93 | $ 36,864,400.00 |
| Subtotal | $ 38,655,287.12 | $ 1,518,826.27 | $ 21,065,551.56 | $ 61,239,664.95 |
| Delivery Date Expenses | | | | |
| Cost of Issuance | $ 1,737,689.89 | $ 2,543,940.13 | $ 946,969.98 | $ 5,228,600.00 |
| Underwriter's Discount | $ 1,932,310.10 | $ 2,828,859.87 | $ 1,053,030.03 | $ 5,814,200.00 |
| Developer Fee (Legacy Sports USA) | $ 6,769,761.96 | $ 265,994.46 | $ 3,689,243.58 | $ 10,725,000.00 |
| Developer Fee (Waltz Construction) | $ 1,353,952.39 | $ 53,198.89 | $ 737,848.72 | $ 2,145,000.00 |
| Subtotal | $ 11,793,714.34 | $ 5,691,993.35 | $ 6,427,092.31 | $ 23,912,800.00 |
| Other Uses of Funds | | | | |
| City of Mesa (Off-Site Improvements) | $ 38,500,000.00 | $ - | | $ 38,500,000.00 |
| Working Capital | $ 6,500,000.00 | $ - | | $ 6,500,000.00 |
| Additional Proceeds | $ 4,582.10 | $ (819.62) | $ 356.13 | $ 4,118.61 |
| Subtotal | $ 45,004,582.10 | $ (819.62) | $ 356.13 | $ 45,004,118.61 |
| **Total Sources and Use of Funds** | $ 237,446,583.56 | $ 7,210,000.00 | $ 100,000,000.00 | $ 344,656,583.56 |

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# FIVE YEAR FINANCIAL SUMMARY: BASE CASE

- **Assumptions**
  - Includes projected revenues based on binding LOIs.
  - 2.2% annual revenue growth rate in years 2 through 5.
  - Projected expenses were derived from information developed by Legacy Sports, OVG and SFA and escalated in Years 2 through 5 based on the type of expense.

| Description | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Facility Revenue | $ 91,140,891 | $ 93,145,991 | $ 95,195,202 | $ 97,289,497 | $ 99,429,866 |
| Branding, Etc. | $ 5,110,000 | $ 5,222,420 | $ 5,337,313 | $ 5,454,734 | $ 5,574,738 |
| **Total Revenue** | **$ 96,250,891** | **$ 98,368,411** | **$ 100,532,516** | **$ 102,744,231** | **$ 105,004,604** |
| **Annual Operating Expenses** | | | | | |
| Facility Expenses | $ 7,227,200 | $ 7,369,020 | $ 7,513,679 | $ 7,661,234 | $ 7,811,744 |
| Operating Expenses | $ 2,611,500 | $ 2,657,248 | $ 2,703,982 | $ 2,751,725 | $ 2,800,499 |
| Venue Expenses | $ 11,934,698 | $ 12,246,805 | $ 12,567,334 | $ 12,896,515 | $ 13,234,588 |
| Payroll Expenses | $ 7,631,000 | $ 7,821,775 | $ 8,017,319 | $ 8,217,752 | $ 8,423,196 |
| Adjustments/Contingency | $ 1,100,000 | $ - | $ - | $ - | $ - |
| **Total Operating Expenses** | **$ 30,504,398** | **$ 30,094,848** | **$ 30,802,314** | **$ 31,527,226** | **$ 32,270,027** |
| **EBITDA** | **$65,746,493** | **$68,273,563** | **$69,730,202** | **$71,217,005** | **$72,734,577** |
| % of Revenue | **68.31%** | **69.41%** | **69.36%** | **69.31%** | **69.27%** |
| Less Annual Debt Service | $17,715,392 | $18,432,200 | $22,707,200 | $22,636,300 | $25,495,850 |
| **Cash Flow After Debt Service** | **$48,031,101** | **$49,841,363** | **$47,023,002** | **$48,580,705** | **$47,238,727** |
| **Debt Service Coverage Ratio** | **3.71x** | **3.70x** | **3.07x** | **3.15x** | **2.85x** |

*Source: Legacy Sports Management*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# FIVE YEAR FINANCIAL SUMMARY: STRESS CASE

- **Assumptions**
  - Year 1 revenue operations delayed by 6 months and begin in July 2022, thereby reducing projected Base Case revenue by nearly 50%.
  - Year 1 expenses are inflated by 10%. Only essential expenses remain, which is about 65% of full year project expenses.
  - Revenue projections in Years 2 through 5 are discounted by 25%.
  - Expenses in Years 2 through 5 inflated by 10% per annum.
  - Debt service coverage in Year 1 is estimated at 1.62x.

| Description | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Facility Revenue | $ 45,854,944 | $ 69,695,769 | $ 71,229,076 | $ 72,796,115 | $ 74,397,630 |
| Branding, Etc. | $ 2,555,000 | $ 3,916,815 | $ 4,002,985 | $ 4,091,051 | $ 4,181,054 |
| **Total Revenue** | **$ 48,409,944** | **$ 73,612,584** | **$ 75,232,061** | **$ 76,887,166** | **$ 78,578,684** |
| | | | | | |
| **Annual Operating Expenses** | | | | | |
| Facility Expenses | $ 6,574,920 | $ 8,105,922 | $ 8,265,047 | $ 8,427,357 | $ 8,592,918 |
| Operating Expenses | $ 1,436,325 | $ 2,922,973 | $ 2,974,380 | $ 3,026,898 | $ 3,080,549 |
| Venue Expenses | $ 6,564,084 | $ 13,471,486 | $ 13,824,067 | $ 14,186,167 | $ 14,558,047 |
| Payroll Expenses | $ 4,519,900 | $ 8,603,953 | $ 8,819,051 | $ 9,039,527 | $ 9,265,516 |
| Adjustments/Contingency | $ 605,000 | $ - | $ - | $ - | $ - |
| **Total Operating Expenses** | **$ 19,700,229** | **$ 33,104,333** | **$ 33,882,545** | **$ 34,679,949** | **$ 35,497,030** |
| | | | | | |
| **EBITDA** | **$28,709,715** | **$40,508,251** | **$41,349,515** | **$42,207,217** | **$43,081,654** |
| % of Revenue | 59.31% | 55.03% | 54.96% | 54.90% | 54.83% |
| Less Annual Debt Service | $17,715,392 | $18,432,200 | $22,707,200 | $22,636,300 | $25,495,850 |
| **Cash Flow After Debt Service** | **$10,994,323** | **$22,076,051** | **$18,642,315** | **$19,570,917** | **$17,585,804** |
| | | | | | |
| **Debt Service Coverage Ratio** | **1.62x** | **2.20x** | **1.82x** | **1.86x** | **1.69x** |

*Source: Legacy Sports Management*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# FIVE YEAR FINANCIAL SUMMARY: ADDITIONAL STRESS CASES

| PROFORMA AZ ONLY STRESS CASE | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| TOTAL REVENUE | $ 81,885,581 | $ 83,687,064 | $ 85,528,180 | $ 87,409,800 | $ 89,332,815 |
| TOTAL EXPENSES | $ 28,426,708 | $ 27,969,161 | $ 28,627,445 | $ 29,301,963 | $ 29,993,125 |
| GROSS MARGIN | $ 53,458,873 | $ 55,717,904 | $ 56,900,735 | $ 58,107,837 | $ 59,339,691 |
| % of Revenue | 65% | 67% | 67% | 66% | 66% |
| EBITDA | $ 53,458,873 | $ 55,717,904 | $ 56,900,735 | $ 58,107,837 | $ 59,339,691 |
| % of Revenue | 65% | 67% | 67% | 66% | 66% |
| Debt Service (Aggregate)* | $ 17,715,392 | $ 18,432,200 | $ 22,707,200 | $ 22,636,300 | $ 25,495,850 |
| Debt Service Coverage Ratio | 3.02 | 3.02 | 2.51 | 2.57 | 2.33 |
| NET OPERATING INCOME | $ 35,743,481 | $ 37,285,704 | $ 34,193,535 | $ 35,471,537 | $ 33,843,841 |

| PROFORMA 50% STRESS CASE | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| TOTAL REVENUE | $ 48,125,446 | $ 49,184,205 | $ 50,266,258 | $ 51,372,116 | $ 52,502,302 |
| TOTAL EXPENSES | $ 21,979,549 | $ 21,366,071 | $ 21,864,400 | $ 22,374,832 | $ 22,897,666 |
| GROSS MARGIN | $ 26,145,897 | $ 27,818,135 | $ 28,401,858 | $ 28,997,284 | $ 29,604,636 |
| % of Revenue | 54% | 57% | 57% | 56% | 56% |
| EBITDA | $ 26,145,897 | $ 27,818,135 | $ 28,401,858 | $ 28,997,284 | $ 29,604,636 |
| % of Revenue | 54% | 57% | 57% | 56% | 56% |
| Debt Service (Aggregate)* | $ 17,715,392 | $ 18,432,200 | $ 22,707,200 | $ 22,636,300 | $ 25,495,850 |
| Debt Service Coverage Ratio | 1.48 | 1.51 | 1.25 | 1.28 | 1.16 |
| NET OPERATING INCOME | $ 8,430,504 | $ 9,385,935 | $ 5,694,658 | $ 6,360,984 | $ 4,108,786 |

*Preliminary, subject to change.

*Source: Legacy Sports Management*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# FIVE YEAR FINANCIAL SUMMARY: ADDITIONAL STRESS CASES (CONT.)

| PROFORMA COVID-19 STRESS CASE | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| TOTAL REVENUE | $ 57,689,926 | $ 58,959,104 | $ 60,256,205 | $ 61,581,841 | $ 62,936,642 |
| TOTAL EXPENSES | $ 21,097,499 | $ 20,461,969 | $ 20,937,696 | $ 21,424,960 | $ 21,924,048 |
| GROSS MARGIN | $ 36,592,427 | $ 38,497,135 | $ 39,318,508 | $ 40,156,881 | $ 41,012,593 |
| *% of Revenue* | 63% | 65% | 65% | 65% | 65% |
| EBITDA | $ 36,592,427 | $ 38,497,135 | $ 39,318,508 | $ 40,156,881 | $ 41,012,593 |
| % of Revenue | 63% | 65% | 65% | 65% | 65% |
| Debt Service (Aggregate)* | $ 17,715,392 | $ 18,432,200 | $ 22,707,200 | $ 22,636,300 | $ 25,495,850 |
| Debt Service Coverage Ratio | 2.07 | 2.09 | 1.73 | 1.77 | 1.61 |
| NET OPERATING INCOME | $ 18,877,035 | $ 20,064,935 | $ 16,611,308 | $ 17,520,581 | $ 15,516,743 |

| PROFORMA COVID-19 STRESS CASE AZ | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| TOTAL REVENUE | $ 56,674,531 | $ 57,921,371 | $ 59,195,641 | $ 60,497,945 | $ 61,828,900 |
| TOTAL EXPENSES | $ 21,097,499 | $ 20,461,969 | $ 20,937,696 | $ 21,424,960 | $ 21,924,048 |
| GROSS MARGIN | $ 35,577,032 | $ 37,459,401 | $ 38,257,944 | $ 39,072,985 | $ 39,904,852 |
| *% of Revenue* | 63% | 65% | 65% | 65% | 65% |
| EBITDA | $ 35,577,032 | $ 37,459,401 | $ 38,257,944 | $ 39,072,985 | $ 39,904,852 |
| % of Revenue | 63% | 65% | 65% | 65% | 65% |
| Debt Service (Aggregate)* | $ 17,715,392 | $ 18,432,200 | $ 22,707,200 | $ 22,636,300 | $ 25,495,850 |
| Debt Service Coverage Ratio | 2.01 | 2.03 | 1.68 | 1.73 | 1.57 |
| NET OPERATING INCOME | $ 17,861,640 | $ 19,027,201 | $ 15,550,744 | $ 16,436,685 | $ 14,409,002 |

*Preliminary, subject to change.*

*Source: Legacy Sports Management*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# FIVE YEAR FINANCIAL SUMMARY: BREAKEVEN STRESS CASE

The below breakeven analysis assumes a **61%** decrease in revenue at **100%** of operating expenses.

| PROFORMA BREAKEVEN | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| TOTAL REVENUE | $ 37,880,100 | $ 38,713,463 | $ 39,565,159 | $ 40,435,592 | $ 41,325,175 |
| TOTAL EXPENSES | $ 20,164,708 | $ 19,507,816 | $ 19,961,623 | $ 20,426,394 | $ 20,902,400 |
| GROSS MARGIN | $ 17,715,392 | $ 19,205,647 | $ 19,603,536 | $ 20,009,199 | $ 20,422,775 |
| *% of Revenue* | 47% | 50% | 50% | 49% | 49% |
| EBITDA | $ 17,715,392 | $ 19,205,647 | $ 19,603,536 | $ 20,009,199 | $ 20,422,775 |
| % of Revenue | 47% | 50% | 50% | 49% | 49% |
| Debt Service (Aggregate)* | $ 17,715,392 | $ 18,432,200 | $ 22,707,200 | $ 22,636,300 | $ 25,495,850 |
| Debt Service Coverage Ratio | 1.00 | 1.04 | 0.86 | 0.88 | 0.80 |
| NET OPERATING INCOME | $ - | $ 773,447 | $ (3,103,664) | $ (2,627,101) | $ (5,073,075) |

*Preliminary, subject to change.*

*Source: Legacy Sports Management*
This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# FIVE YEAR FINANCIAL SUMMARY: STRESS CASE COMPARISON

| PROFORMA SUMMARY | PROFORMA BASE | STRESS AZ ONLY | STRESS 50% OCCUPANCY | STRESS BREAKEVEN | STRESS COVID-19 | STRESS COVID-19 AZ | STRESS PEER REVIEW |
|---|---|---|---|---|---|---|---|
| TOTAL REVENUE | $ 96,250,891 | $ 81,885,581 | $ 48,125,446 | $ 37,880,100 | $ 57,689,926 | $ 56,674,531 | $ 84,428,850 |
| TOTAL EXPENSES | $ 30,504,398 | $ 28,426,708 | $ 21,979,549 | $ 20,164,708 | $ 21,097,499 | $ 21,097,499 | $ 34,077,930 |
| GROSS MARGIN | $ 65,746,493 | $ 53,458,873 | $ 26,145,897 | $ 17,715,392 | $ 36,592,427 | $ 35,577,032 | $ 50,350,920 |
| % of Revenue | 68% | 65% | 54% | 47% | 63% | 63% | 60% |
| EBITDA | $ 65,746,493 | $ 53,458,873 | $ 26,145,897 | $ 17,715,392 | $ 36,592,427 | $ 35,577,032 | $ 50,350,920 |
| % of Revenue | 68% | 65% | 54% | 47% | 63% | 63% | 60% |
| Debt Service (Aggregate)* | $ 17,715,392 | $ 17,715,392 | $ 17,715,392 | $ 17,715,392 | $ 17,715,392 | $ 17,715,392 | $ 23,400,000 |
| Debt Service Coverage Ratio | 3.71x | 3.02x | 1.48x | 1.00x | 2.07x | 2.01x | 2.15x |
| NET OPERATING INCOME | $ 48,031,101 | $ 35,743,481 | $ 8,430,504 | $ - | $ 18,877,035 | $ 17,861,640 | $ 26,950,920 |

| TAB | DSCR (Year 1) | DEFINITION |
|---|---|---|
| PRO FORMA (ANNUAL) | 3.71x | Proforma base case with full revenues and expenses included. |
| STRESS_AZ ONLY | 3.02x | Proforma stress case assuming only Arizona in-state revenue and applicable variable expenses, fixed expenses remain constant. |
| STRESS_50% OCC | 1.48x | Proforma stress case assuming the facility is open 6-months out of the year or at 50% capacity, variable expenses reduced, fixed expenses remain constant. |
| STRESS_BREAKEVEN | 1.00x | Proforma stress case assuming revenues and variable expenses reduced to achieve a 1:1 DSCR (54% reduction at breakeven) |
| STRESS_COVID19 | 2.07x | Proforma stress case assuming COVID-19 social distancing measures are implemented. 50% indoor and 10% outdoor revenue and variable expense reductions, fixed expenses remain constant. |
| STRESS_COVID19 AZ | 2.01x | Proforma stress case assuming COVID-19 social distancing measures are implemented for Arizona in-state organizations only. 50% indoor and 10% outdoor revenue and variable expense reductions, fixed expenses remain constant. |

*Preliminary, subject to change.*
*Source: Legacy Sports Management*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

30

# KEY PROJECT ATTRIBUTES

- **<u>Strong Development and Management Team</u>**: The Development and Management Teams have professionals with the highest level of experience in sports and entertainment facilities operations and management.

- **<u>Binding LOIs for Contracted Revenues:</u>** The experience and reputations of the development and management teams have allowed them to execute binding LOI's for use of the facilities.

- **<u>Strong Debt Service Coverage</u>:** Projected debt service coverage of 3.34x based on LOIs (exclusive of ancillary program revenues in year 1).  Stress tests show debt service coverage of 1.46x.  Breakeven analysis shows that revenues need to fall to 33% of current projections (exclusive of ancillary program revenues) to get to a minimum 1:1 debt service coverage ratio in Years 1 through 5.

- **<u>Market Demand</u>:** There is a significant demand for the facilities in the Phoenix metro region as well as the U.S. West and Southwest Regions.

- **<u>Limited Construction Risk</u>:** Typical risk of delays due to force majeure events, and unforeseen conditions.

*Source: Legacy Sports Management*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# RISK FACTORS

- Risks and uncertainties involving companies with minimal operating history and limited assets such as the Borrower;

- Risks and uncertainties regarding the design, construction, startup and operation of the facility;

- Unpredictable developments, including COVID 19, as well as risks related to weather and the unpredictability of extreme weather events;

- Risks related to performance on the part of suppliers of components, goods and services to the facility;

- Uncertainties relating to general economic and industry conditions, and the amount and rate of growth in expenses;

- Uncertainties involved in estimating insurance and implied warranty recoveries, if any;

- Uncertainties relating to government and regulatory policies, the legal environment, intellectual property issues, the competitive environment in which the Borrower and its affiliates operate.

*Source: PLOM*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# GROUND LEASE

- 40-year ground lease with two 5-year extension options

- Option to negotiate another 40-year extension based on market rate

- Lessor's policy is not to sell land unless it is for residential development

- Lessors are Auturo Moreno and Bill Levine

  - Mr. Moreno and Mr. Levine started Outdoor Systems in 1980's and subsequently sold to Infinity Broadcasting in 1999 for $8.7MM in stock (now Viacom).

  - Arturo Moreno is the owner of the Los Angeles Angels baseball team.

  - Mr. Levine has a diverse real estate portfolio, owning developments across the United States and around the Phoenix, Arizona Metro Area, such as Desert Ridge Shopping Center, Uptown Plaza, Scottsdale Highland Plaza, and the former General Motors Proving Grounds.

- First Right to Purchase Bonds at BVAL in the event of liquidation

- Lease is subordinate to Bondholders

- Lessor cannot inhibit Bondholders in the event of default scenario. Bankruptcy law prevails over any language in the lease

*Source: PLOM*

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# THE SERIES 2020 BONDS
# PROPOSED BOND STRUCTURE DISCLAIMER

Preliminary. Subject to final pricing and availability. This communication does not constitute an offer to sell or solicitation as an offer to buy these securities. The offering is made only by the PLOM and LOM and through an appropriately registered representative. The Series 2020 Bonds may not be appropriate for all investors. Market value and/or accrued interest will fluctuate during the period held and, if sold prior to maturity, the yield received may be more or less than the yield calculated at time of purchase. Discounted yields herein are gross yields to maturity. Along with market value and interest rate risk, these securities carry liquidity and credit/default risk. These securities are not rated and may have a higher risk of potential default and/or loss of principal. Non-rated securities may offer a higher yield to compensate for the potential risk associated with them. Bonds identified as OID (original issue discount) were initially issued at a dollar price less than par and the difference between the issue price and par value is treated as tax-exempt interest rather than capital gain. Discounted bonds may be subject to capital gains tax, rates of which will vary, so investors should consult their own tax advisor with regard to their personal tax situation. Interest on municipal bonds may be exempt from federal income tax but may be subject to tax for residents of certain states. For bonds designated AMT, taxes may exist for certain investors. Ziegler will sell these bonds on a principal basis.

The corporation or its officers, directors, stockholders or members of their families may at times have a position in the securities mentioned herein and may make purchases or sales of these securities. Not all call or put information is identified in the description above. Please be sure to discuss any special features and risks with your Financial Advisor before deciding whether to invest in these securities.

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# QUESTIONS & ANSWERS

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# ABOUT ZIEGLER

- Ziegler is a privately-held investment bank, capital markets and proprietary investments firm*

- A registered broker dealer with SIPC & FINRA

- Ziegler provides its clients with capital raising, strategic advisory services, fixed-income trading and research

- Founded in 1902, Ziegler specializes in the healthcare, senior living and educational sectors as well as general municipal finance

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company

# DISCLOSURE

*Investment banking services offered through B.C. Ziegler and Company. FHA mortgage banking services are provided through Ziegler Financing Corporation which is not a registered broker/dealer. Ziegler Financing Corporation and B.C. Ziegler and Company are affiliated and referral fees may be paid by either entity for services provided.

This presentation was prepared based upon information provided to Ziegler Investment Banking (ZIB) and contains certain financial information, including audited and unaudited information, certain statistical information and explanations of such information in narrative form (the "Information").  ZIB believes this information to be correct as of the date or dates contained herein.  However, the financial affairs change constantly, and such changes may be material.  Today's discussion may contain forward-looking statements, which may or may not come to fruition depending on certain circumstances, including those outside the control of management. Please be advised that ZIB has not undertaken, assumed no duty and are not obligated to update the Information. In addition, please be advised that past financial results do not predict future financial performance. The material in this presentation is designed to present potential financing structures and options for discussion, however it does not represent a commitment to underwrite bonds, place debt or provide financing  and thus should not be relied upon as a promise of financing or underwriting commitment.

This presentation is for the intended recipient only and shall not be forwarded or shared without the consent of B.C. Ziegler and Company