UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RANDY MILLER,<br><br>                Defendant. | Case No.: 1:25-cr-00138-LAK<br><br>**UNOPPOSED MOTION TO CONTINUE SURRENDER DATE** |

**UNOPPOSED MOTION TO CONTINUE SURRENDER DATE**

Defendant, RANDY MILLER, hereby submits this unopposed Motion to Continue his Surrender Date to the custody of the Bureau of Prisons (BOP) for a period of two weeks.

**I.      Background**

Mr. Miller was initially charged on March 31, 2025, and pursuant to a negotiated plea agreement, Mr. Miller entered a guilty plea on May 28, 2025 to Count One (Securities Fraud) and Count Three (Aggravated Identity Theft) of a Superseding Information filed on the same day. *See* ECF Nos. 2, 15. As part of the plea agreement, Mr. Miller also agreed to forfeit $7,289,134.89. On September 9, 2025, this Court sentenced Mr. Miller to a total of 72 months of imprisonment, followed by three years of supervised release. *See* ECF No. 39. This Court recommended that Mr. Miller be sentenced to the same facility as his son and co-defendant, Chad Miller, and that the pair be designated to a facility as close to their home in Phoenix, Arizona as possible. *Id.* This Court also ordered that Mr. Miller surrender no earlier than October 23, 2025. *Id.*

After sentencing, Mr. Miller was designated to Federal Correctional Institution (FCI), Terminal Island in Los Angeles, California due to Mr. Miller's advanced medical needs, and was directed to self-surrender on November 18, 2025. On November 13, 2025, Mr. Miller's son Chad was designated to a separate facility, a minimum-security camp in Tucson, Arizona.

**II.     Argument**

Mr. Miller is a 70-year-old father and grandfather who, as stated above, has been designated to FCI Terminal Island, a low security facility in California, due to Mr. Miller's medical issues. Contrary to this Court's recommendation, however, Mr. Miller's designation separates him from his son and co-defendant, Chad Miller, as well as the rest of his family near Phoenix, Arizona. *See* ECF No. 39. In addition to this Court's recommendation, it is Mr. Miller's view that a designation to the minimum-security camp in Tucson, Arizona with his son is more appropriate, particularly in light of Mr. Miller's advanced age and the significant support he has from his family, friends, and community in Phoenix.

Counsel for Mr. Miller has been working diligently with BOP to sort out issues related to Mr. Miller's designation, but unfortunately, due to the recent government shutdown, the resolution of this matter has taken longer than expected. Counsel for Mr. Miller has been advised that Mr. Miller's information has been sent to the medical review unit, and now that the government shutdown has ended, counsel for Mr. Miller expects that this issue will be resolved shortly. Accordingly, Mr. Miller respectfully requests a brief continuance of two weeks to resolve this matter.

Throughout the past year, including since his sentencing date, Mr. Miller has complied with his pretrial release conditions.  Mr. Miller is neither a flight risk nor a risk to the community in any way. Undersigned counsel has discussed this request with the Government and the Government has indicated that it has no objection.

WHEREFORE, Defendant Randy Miller respectfully requests that the Court grant this request and extend his self-surrender date two weeks to December 2, 2025.

Dated: November 15, 2025

                                       **NIXON PEABODY LLP**

                                       By: /s/ Timothy D. Sini
                                              Timothy D. Sini

                                       275 Broadhollow Road, Suite 300
                                       Melville, NY 11747
                                       Telephone: (516) 832-7500
                                       tsini@nixonpeabody.com

                                       *Attorney for Defendant Randy Miller*


GRANTED

/s/ Hon. Lewis A. Kaplan
Hon. Lewis A. Kaplan     11/17/2025
U.S. District Court Judge