**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

January 27, 2026

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 1/28/26

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:   *United States v. Randy Miller and Chad Miller*, 25 Cr. 138 (LAK)

Dear Judge Kaplan:

The Government writes respectfully to request a brief adjournment of the restitution hearing of the above-captioned case, which the Court recently rescheduled for Thursday, January 29. Because the undersigned AUSA is not available on that date, the Government requests that the Court adjourn the hearing briefly. The defense consents. The parties have conferred and are available Monday, February 2, Tuesday, February 3, or the afternoon of Wednesday, February 4 before 3:00 PM, if the Court is available in those windows..

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____/s/_____
Matthew R. Shahabian
Assistant United States Attorney
(212) 637-1046

*Approved until 2:15 pm on Feb. 2, 2026*

**SO ORDERED**

_____
LEWIS A. KAPLAN, USDJ   1/28/26